B. S. HENNING, *Receiver of the L. L. & G. Rld. Co.*, v. RACHEL WILKINSON.

ACTION under chapter 94, laws of 1874, brought by *Wilkinson*, against the *Railroad Company*, to recover damages for killing one brood sow and one shoat belonging to the plaintiff. Trial at a special term of the district court of Douglas county, February 25, 1878, when special findings were made, and judgment was rendered thereon in favor of the plaintiff

[*NOTE.—On the 6th day of March, 1879, the district court, on motion of Scrafford's counsel, set aside the verdict and granted a new trial. Such new trial was had before the court and a jury at the May term, 1879, of the Shawnee district court, and at such trial the jury, after three days' deliberation, rendered a verdict of "Not guilty," and the court discharged the accused without day.—REPORTER.]

for $40 and costs. The *Railroad Company* brings the case here for review.

*S. O. Thacher*, for plaintiff in error.

*W. A. H. Harris*, for defendant in error.

*Per Curiam:* The judgment of the district court will be reversed, and the case remanded with instructions to render judgment upon the findings for costs in favor of the plaintiff in error, defendant below. This decision is made on the authority of *A. T. & S. F. Rld. Co. v. Yates*, ante, p. 613.